JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **MARJAN SHANSAB,**<br><br>Plaintiff,<br><br>v.<br><br>**LOAN DEPOT, LLC,**<br><br>Defendant. | Case No.: SACV 21-02104-CJC (DFMx)<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Marjan Shansab has accepted an Offer of Judgment by Defendant Loan Depot, LLC. (*See* Dkt. 42 [Offer of Judgment, hereinafter "Offer"]; Dkt. 43 [Plaintiff Marjan Shansab's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment].) The Offer of Judgment states that Defendant would "allow Judgment to be entered against it in this action in the amount of $8,000.00 including all of Plaintiff Marjan Shansab's ('Plaintiff') claims for

relief" and that "[t]his shall be the total amount to be paid by [Defendant] on account of any and all liability in this action, including all costs of suit and attorney's fees otherwise recoverable in this action by Plaintiff." (Offer at 1.)

The Court hereby **ORDERS** the following:

1. Judgment is entered in favor of Plaintiff and against Defendant on all of Plaintiff's claims in this action.

2. Defendant shall pay Plaintiff in the amount of $8,000.00, inclusive of all costs of suit and attorney's fees otherwise recoverable in this action by Plaintiff.

3. The Court shall retain jurisdiction to enforce this Judgment.

DATED:    November 8, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**